UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KWONG HIU YUNG,

                Plaintiff,

      v.

INSTITUTIONAL TRADING
CORPORATION et al.,

                Defendants.

_____

Case No.: C 11-01056 PSG

**ORDER SETTING DEADLINE FOR PARTY TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"**

On March 14, 2011, Defendants filed a motion to dismiss this action, which has been assigned to a magistrate judge. As a result, each party was required either to file written consent to the jurisdiction of the magistrate judge or to request reassignment to a district judge, no later than March 21, 2011.[1] None of the parties consented or requested reassignment by that date. On March 23, 2011, the court extended the deadline to consent or to request reassignment to March 28, 2011. On March 28, 2011, Plaintiff and Defendant Institutional Trading Corporation consented to magistrate judge jurisdiction. Defendant IT Discovery, Inc. has neither consented nor requested reassignment.

IT IS HEREBY ORDERED that no later than March 31, 2011, Defendant IT Discovery, Inc. shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a

---

[1] *See* Civ. L.R. 73-1(a)(2).

"Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court or from the Forms (Civil) section of the court's website at www.cand.uscourts.gov.

Dated: March 29, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

**Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

Kwong Hiu Yung
1376 Keenan Way
San Jose, CA 95125-5990

Dated: March 30, 2011

                                        /s/ Chambers Staff
                                        Chambers of U.S. Magistrate Judge Paul S. Grewal